ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

**MEMO ENDORSED**



Michael H. Bernstein
212-898-4011
michael.bernstein@sedgwicklaw.com

February 24, 2012

*Via Overnight Mail*
Hon. Deborah A. Batts, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street
New York, NY 10007-1312

Re: *ICC Industries Inc., et al. v. United Healthcare Services LLC, et al.*
    Civ. Act. No.:   11-cv-08671 (DAB)
    SDMA File No.:   03246-000147

Dear Judge Batts:

This office represents Defendant United Healthcare Services LLC ("United") in the above-referenced matter.

We write this letter motion request for an extension of time to appear and respond to the Complaint in this matter, up to and including March 28, 2012, pursuant to Rule 6(b)(1)(A), FED. R. CIV. P.

Plaintiff ICC Industries Inc. and United entered into an Administrative Services Agreement (the "Agreement"), which is the subject of this lawsuit against United. Pursuant to the terms of the Agreement, however, Plaintiffs were required to refer the instant dispute to non-binding mediation before commencing a lawsuit against United. Since Plaintiffs failed to refer this dispute to mediation, this action was prematurely commenced against United.

Additional time is needed in order for counsel to confer with Plaintiffs' counsel, who has reviewed the Agreement's Mediation provision and is willing to consider dismissing this action against United without prejudice. If Plaintiffs' counsel does not agree to dismiss this action against United, additional time is needed for United to prepare a motion to dismiss this action on the ground that all of Plaintiffs' claims must first be submitted to mediation, or in the alternative, to compel Plaintiffs to mediation.

In accordance with Your Honor's Individual Practices, we respectfully set forth that:

*[Handwritten annotation: granted SO ORDERED 02/27/12]*

**MEMO ENDORSED**

NY/848259v2

Hon. Deborah A. Batts
Re: *ICC Industries Inc., et al. v. United Healthcare Services LLC, et al.*
February 24, 2012
Page 2

**MEMO ENDORSED**

(1) United's time to answer or otherwise respond to the Complaint was originally extended to February 27, 2012;

(2) This is United's second request for an extension of time;

(3) Your Honor endorsed United's initial request for an extension of time by Order dated January 31, 2012 (*see* Doc. No. 18); and

(4) Plaintiffs' counsel, Robert J. Basil, consented to this request on February 24, 2012.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
02/27/12

cc: Robert J. Basil, Esq. (*via email*)
Daniel P. Jaffe, Esq. (*via email*)

MEMO ENDORSED

NY/848259v2