UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

ICC                                                  Docket  Number: 11 CV 8671 (AKH)

        -against-                                NOTICE OF REASSIGNMENT

UNITED HEALTH
--------------------------------------------------------

     The above-entitled action is:

---

[ X  ]Reassigned to the Hon. ALVIN K. HELLERSTEIN (AKH)

---

[   ] Reassigned Referral to Hon.                    ,Magistrate Judge

---

[   ] Reassigned Designation to Hon.                    ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                           Ruby J. Krajick
                                           Clerk of Court

Dated: 03/01/2012                            By:     PHYLLIS ADAMIK
                                           Deputy Clerk