Hellerstein, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ICC INDUSTRIES INC, and
PRIMEX PLASTICS CORPORATION,   Case No: 11-cv-8671 (AKH)

             **ORDER OF DISMISSAL BY CONSENT**

    Plaintiffs,
 v.

UNITED HEALTH CARE SERVICES LLC,
and EXPRESS SCRIPTS, INC.,

    Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/12

   Pursuant to the Stipulation of Discontinuance entered by this Court on June 12, 2012 (Dkt. # 21), Plaintiffs ICC Industries Inc. ("ICC") and Primex Plastics Corporation ("Primex"), with the consent of Defendants United Healthcare Services LLC ("United") and Express Scripts, Inc. ("ESI"), hereby move the Court to enter this Order dismissing the following claims:

(1) That Count I of the Complaint for breach of contract against United and Count III of the Complaint for breach of ERISA violation to the extent this claim is made against United, are hereby dismissed, without prejudice;

(2) That Count II of the Complaint for breach of contract against ESI is hereby dismissed, without prejudice; and

(3) That Count III of the Complaint for breach of ERISA violation to the extent this claim is made against ESI, is hereby dismissed, with prejudice.

                    U.S.D.J.

                       8/2/12

The Undersigned, on behalf of their respective clients, hereby consent to the entry of this Order of Dismissal By Consent

_____
Michael H. Bernstein, Esq.
Sedwick LLP
125 Broad Street
39th Floor
New York, New York 10004-2400
(212) 422-0202
Attorneys for United Healthcare Services LLP

_____
Robert J. Basil, Esq.
The Basil Law Group, P.C.
1270 Broadway, Suite 305
New York, NY 10001
(917) 512-3066
Attorneys for Plaintiffs

_____
Omri Praiss, Esq.
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Attorneys for EXPRESS SCRIPTS, INC.

Dated: July 8, 2012